```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIFETRADE LITIGATION: | MASTER FILE |
| This Document Relates to: ALL ACTIONS | 1:17-cv-02987-JPO-KHP |

### ~~[PROPOSED]~~ FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on a Stipulation of Voluntary Dismissal with Prejudice and an Order to Show Cause, both filed on December 19, 2022. Defendant S&P Global Inc. ("S&P") and Plaintiffs (collectively, the "Parties") have entered into a Settlement Agreement resolving all remaining claims against S&P. Certain claims against S&P were dismissed by prior stipulations and orders, including ECF Nos. 117, 333, 715.

Pursuant to the Order to Show Cause, certain Plaintiffs who have not actively participated in this action and who did not complete a signed release in accordance with the Settlement Agreement (the "Non-Participating Plaintiffs") were given the opportunity to show cause as to why their claims should not be dismissed with prejudice and a final judgment entered with respect to such claims. No such Plaintiff filed an objection.

The Parties have requested dismissal with prejudice of all remaining claims against S&P, including those by the Non-Participating Plaintiffs, and that a final judgment be entered as to all claims against S&P in this consolidated action.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**

1. All remaining claims against S&P in this consolidated action, including those of the Non-Participating Plaintiffs, are hereby dismissed with prejudice.

2. There is no just reason for delay in the entry of this Judgment and immediate entry

by the Clerk of Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**SO ORDERED, this ___ day of _____ 202_**

*Katharine H Parker* 2/1/2023
_____